IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2012 JAN 11 PM 5:03
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Dezoral Jenkins

**Name of Plaintiff(s)**

v.

Metro Bd of Education

**Name of Defendant(s)**

Case No. _____
(To be assigned by Clerk)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   I am filing concerning E.E.O.C. states disability, retaliation & race.

2. Plaintiff, Dezoral Jenkins resides at 529 Canton Pass, Madison,
   Street address / City
   Davidson, TN 37115, 596-6630
   County / State / Zip Code / Telephone Number

   (If more than one plaintiff, provide the same information for each plaintiff below.)

3. Defendant, **Metro Public Schools** resides at **2601 Bransford Avenue**, **Nashville**,
   Street address / City
   **Davidson**, **TN** **37204**, **259-8400**,
   County / State / Zip Code / Telephone Number

(If more than one defendant, provide the same information for each defendant below.)

Jesse Register, Director of Schools
June Keel, Asst. Superintendent of H.R.

4. Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

On February 2008 I was served with charges. August 2007 I received a letter stating that I was on Administrative Leave with Pay. I received another letter in March 2008 stating basically same charges. In April 2008 I was on FMLA until July 2, 2008. * In Sept. 2002 I received a letter from H.R. stating my Principal wanted me terminated. Fall 2002 School opened up and I couldn't start because of my illness of Fibromyalgia and had to have six weeks of Physical Therapy. My doctor released me on Oct. 31, 2002.

Dezoral Jenkins
Plaintiff

vs

Defendants Bd of Education
Jesse Register, Director of Schools
June Keel, Assistant Superintendent of Human Resources
Brenda Steele, Director of Elementary

Principals
Dianne Gilbert
Steve Cagle
Monae London Fletcher

Diane Burton    Bookkeeper

Teachers
Mary Wilson - Goelton Elem.
Mary Tomlinson - Goelton Elem.


School Board Members

Gracie Porter, David Fox, Go Ann Brannon
Steve Glover, Sharon Gentry,
Mark North, K Simmons, Edward Kendall


Chris Henson  Finance

5. Prayers for Relief (List what you want to Court to do):

   a. Justice for me this case has been going on a decade. It has made bad health. I want 25 million dollars.

   b. I want to sue MNPS for ruining my life. Teachers don't call me scared of their jobs.

   c. Metro Schools need to be investigated. ALJ goes to Bd. of Ed. and changes transcript

   d. Metro can't go pass Statue of limitation but they get away with it like my case 3/08 — 10/11.

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this 6 day of January, 20 12

_Deborah Jenkins_
(Signature of Plaintiff(s))