IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEZORAL JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-00062 |
| ) | Judge Trauger |
| METRO BOARD OF EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On March 14, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 41), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss (Docket No. 7) and the Motion to Dismiss the Amended Complaint (Docket No. 11) filed by defendant Metro Board of Education is **GRANTED**;

2. The claims against all individually named defendants in this case are **DISMISSED**; and

3. This case is **DISMISSED WITH PREJUDICE** in its entirety.

It is so **ORDERED.**

Enter this 16th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge