UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

DEZORAL JENKINS )
)
)
)
v. ) NO. 3:12-0492
) JUDGE TRAUGER
)
METRO BOARD OF EDUCATION, et al )
)
    Defendant.

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on May 16, 2012.

    KEITH THROCKMORTON, CLERK
    s/Althea F. Straughter, Deputy Clerk